UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL R. MYERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARACK H. OBAMA, President of the United States, and BOEING COMPANY,<br><br>　　　　　Defendants. | CASE NO. C12-179 MJP<br><br>ORDER ON PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE |

　　　This matter comes before the Court on Plaintiff's motion to dismiss without prejudice. (Dkt. No. 50.)

　　　Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995). Even if the defendant has filed a motion to dismiss, a plaintiff may terminate his action voluntarily by filing a notice of dismissal. Id. Here, Plaintiff Michael Myers ("Myers") has filed a motion for summary judgment, but Defendants have only filed motions to dismiss. Therefore, Myers has a

1  right to voluntarily dismiss his action without prejudice.  Even though the Court finds it difficult

2  to understand Myers's reasons for dismissal and despite the valid issues raised by Defendants'

3  briefing, Myers's right to dismiss is absolute.  As such, the Court GRANTS Plaintiff's motion to

4  dismiss without prejudice.  Defendants' pending motions to dismiss (Dkt. No., 34 and 35) and all

5  other pending motions are therefore moot.

6      The clerk is ordered to provide copies of this order to all counsel.

7      Dated this <u>30th</u> day of July, 2012.

                    Marsha J. Pechman
                    United States District Judge